ACCEPTED
01-13-00816-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 2:21:11 AM
CHRISTOPHER PRINE
CLERK

NO. 01-13-00816-CV

<table>
<tr><td>In The<br>First District Court of Appeals of Texas<br>at Houston</td><td>FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>7/6/2015 2:21:11 AM<br>CHRISTOPHER A. PRINE<br>Clerk</td></tr>
</table>

Retaka Romeo Nelson, Appellant vs. Shannon Brochette Nelson, Appellee

On Appeal From

District Court No. 308, Cause 2012-04063

Harris County, Texas

## EMERGENCY MOTION TO STAY EN BANC RECONSIDERATION

**TO THE HONORABLE FIRST DISTRICT COURT OF APPEALS:**

Appellant requests this court stay consideration of his pending motion for en banc reconsideration, pending the outcome of his 1) pending motion to remand for lost or destroyed records, and 2) his pending motion for leave to supplement. The remand and supplement motions would be mooted by this court's premature ruling on the pending en banc motion for reconsideration. Appellant would be harmed if he is precluded from the relief within both motions, which are both subject to inclusion into the pending motion for en banc reconsideration by amendment or supplementation. This motion was filed in good faith to establish due-order-of-pleadings, and not for the sake of delay or harassment.

1

## Conclusion

This court should grant Appellant's emergency request to stay consideration of his pending motion for en banc reconsideration, so that it can first consider his pending motion to remand for lost or destroyed records, and his pending motion for leave to supplement, in due-order-of-pleadings.

## Prayer

**WHEREFORE**, Appellant prays that the Court grant the relief requested herein and such further relief, at law or in equity, to which it may be entitled.

Respectfully Submitted,

/s/ Retaka Nelson
Retaka Nelson
P.O. Box 7367
Los Angeles, CA 90007
Tel: (832) 590-9295
Email: thetakesta@gmail.com
Appellant-Petitioner, *Pro Se*

## Certificate of Compliance

Pursuant to Tex. R. App. P. 9.4, I hereby certify that the number of words in this document are 408. I have relied on the word count of the computer program used to prepare the document.

/s/ Retaka Nelson
Retaka Nelson

## Certificate of Conference

In that Shannon's appellate counsel is opposed to Appellant's pending motion to remand for lost or destroyed records, and his pending motion for leave to supplement, it is suffice to infer that she opposes this motion to stay.

/s/ Retaka Nelson
Retaka Nelson


## Certificate of Service

I certify that a true copy of all documents herein was served in accordance with Tex. R. App. P. 9.5 on each party as follows:

Shari Goldsberry                             Via E-Serve on 7/6/2015
Texas Bar No. 24038398
Marina Bay Dr. Suite #108
League City, TX  77573
Ph: (281) 533-3030
Fx: (281) 533-3033
Email: shari@goldsberrylaw.com
*Attorney for Appellee, Shannon Nelson*

/s/ Retaka Nelson
Retaka Nelson

3